UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

   Petitioner,
v.           Case No. 8:19-mc-8-T-33SPF

CROSS SENIOR CARE INC., LLC,

   Respondent.
_____/

**ORDER**

This cause is before the Court pursuant to the United States of America's Petition to Enforce Civil Investigative Demand (Doc. # 1), which was filed on January 24, 2019.

Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court may designate a Magistrate Judge to conduct hearings and to submit to the Court proposed findings of fact and recommendations for the disposition of such a matter. For purposes of judicial economy and in order to expedite the disposition of this petition, the Court shall so refer the aforementioned petition.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

The United States of America's Petition to Enforce Civil Investigative Demand (Doc. # 1) is hereby referred to the Honorable Sean P. Flynn, United States Magistrate Judge, for

the issuance of a report and recommendation, including any hearings, motions, and deadlines related thereto.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>25th</u> day of January, 2019.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE